JAYSON M. LORENZO  SBN: 216973
JAYSON M. LORENZO, ESQ.
2794 GATEWAY ROAD
CARLSBAD, CA 92009
(760) 517-6646

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

ROBERT ALEXANDER KASEBERG       Plaintiff(s)

v.

CONACO, LLC, ET AL.       Defendant(s)

CASE NUMBER:
15-CV-1637-JLS-DHB

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. ☐ summons ☐ first amended complaint ☐ third party complaint
   ☐ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other (specify): SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;

2. **Person served:**

   a. ☒ Defendant (name:) CONAN O'BRIEN
   b. ☐ Other (specify name and title or relationship to the party/business named):

   c. ☐ Address where the papers were served: 1253 AMALFI DR.
      PACIFIC PALISADES, CA 90272

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** (date): at (time):

   b. ☒ By **Substituted Service**. By leaving copies: IRMA VILLA - LIVE IN HOUSEKEEPER

      1. ☒ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** (date): 11/24/2015 at (time): 09:46 am
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ papers were mailed on Nov 24, 2015 - DECLARATION OF MAILING ATTACHED
      6. ☒ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: (date):   at (time):

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   ALFREDO R PAZ
   Advanced Attorney Services, Inc.
   3500 Fifth Ave., Suite 202
   San Diego, CA 92103
   (619) 299-2012

   a. Fee for service: $ 223.20
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :3267
      County: **LOS ANGELES**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **November 24, 2015**

ALFREDO R PAZ
*Type or Print Server's Name*

(Signature - Per CC §1633.7)

PROOF OF SERVICE - SUMMONS AND COMPLAINT

| | | FOR COURT USE ONLY |
|---|---|---|
| JAYSON M. LORENZO, ESQ. <br> JAYSON M. LORENZO <br> 2794 GATEWAY ROAD   CARLSBAD, CA 92009 <br> Attorney For: PLAINTIFF | SBN: 216973 | |
| TELEPHONE NO.: (760) 517-6646    FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): jmlorenzo.esq@gmail.com | | |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
 STREET ADDRESS: 333 WEST BROADWAY, SUITE 420
 MAILING ADDRESS:
 CITY AND ZIP CODE: SAN DIEGO, CA 92101
 BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF (name each): ROBERT ALEXANDER KASEBERG
DEFENDANT (name each): CONACO, LLC, ET AL.

| | | | | CASE NUMBER: <br> 15-CV-1637-JLS-DHB |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.: |

I received the within assignment for filing and/or service on or about November 9, 2015. I attempted service on this servee on the following dates and times:

Servee: CONAN O'BRIEN
(HOME) 1253 AMALFI DR., PACIFIC PALISADES, CA 90272
Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;

| Date/Time | Description |
|---|---|
| 11/09/2015 -- 02:40 pm | ARRIVED AT LOCATION, THIS IS THE WARNER BROS. BUILDING. MUST WAIT FOR SOMEONE TO ESCORT ME INSIDE. WAITED 20 MINUTES, NO ONE EVER CAME OUT. LEFT AT 3PM. |
| 11/10/2015 -- 10:53 am | ARRIVED AT LOCATION, AT 1118AM GINGER TIPTON- PERSON IN CHARGE STATED THAT THE SUBJECT IS NOT LISTED IN THEIR SYSTEM. SUBJECT IS UNKNOWN HERE, REFUSED TO ACCEPT SERVICE. |
| 11/12/2015 -- 10:45 am | ARRIVED AT LOCATION- SUBJECT IS UNKNOWN HERE, NOT LISTED IN THEIR DATA BASE. THERE IS NO CONACO LLC AT THE GIVEN ADDRESS. THEY WILL NOT ALLOW ACCESS ONTO STUDIO LOT. |
| 11/13/2015 -- 10:45 am | NEW ADDRESS PROVIDED BY CLIENT. SUBJECT RELOCATED TO: 1801 CENTURY PARK EAST., LOS ANGELES, CA 90067. |
| 11/16/2015 -- 04:00 pm | BAD ADDRESS (BUSINESS) AT: 1801 CENTURY PARK EAST., LOS ANGELES, CA 90067. GIVEN ADDRESS IS A C.P.A. OFFICE. SUBJECT DOES NOT WORK HERE. PER THE RECEPTIONIST, CONACO, LLC. IS THEIR ACCOUNTING CLIENT. |
| 11/17/2015 -- 03:59 pm | NEW ADDRESS PROVIDED BY CLIENT. SUBJECT RELOCATED TO: 150 S. RODEO DR, 3RD FLOOR, BEVERLY HILLS, CA 90212. |

**Continued on Next Page**

**DECLARATION OF DILIGENCE**

Order#: S97169S1R/DilFormat.mdl

| PLAINTIFF/PETITIONER: ROBERT ALEXANDER KASEBERG | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CONACO, LLC, ET AL. | 15-CV-1637-JLS-DHB |

**Continued from Previous Page**

| | |
|---|---|
| 11/17/2015 -- 04:18 pm | GIVEN ADDRESS IN BEVERLY HILLS IS A LAW FIRM. THE SUBJECT DOES NOT WORK HERE. |
| 11/18/2015 -- 04:18 pm | NEW ADDRESS PROVIDED BY CLIENT. SUBJECT RELOCATED TO: 1253 Amalfi Drive, Pacific Palisades, California 90272 |
| 11/18/2015 -- 07:21 pm | GIVEN ADDRESS IS A LARGE GATED RESIDENCE. GATE IS LOCKED, UNABLE TO GAIN ACCESS. NO ANSWER OVER THE INTERCOM. WAITED 15 MINUTES, NO ACTIVITY. |
| 11/19/2015 -- 10:01 am | NO ANSWER AT INTERCOM. NO VEHICLES PARKED IN THE DRIVEWAY. |
| 11/19/2015 -- 08:18 pm | GATE LOCKED, UNABLE TO GAIN ACCESS. HONKED, YELLED, NO RESPONSE. |
| 11/21/2015 -- 12:50 pm | SECURED PREMISES, NO RESPONSE TO ATTEMPTS TO CONTACT THE RESIDENTS. |
| 11/22/2015 -- 04:20 pm | SECURED PREMISES, NO RESPONSE AT INTERCOM. |
| 11/23/2015 -- 07:45 am | NO ANSWER AT INTERCOM (RESIDENCE). |
| 11/24/2015 -- 09:46 am | SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO NAMED PARTY. |

Fee for Service: $ 223.20
County: LOS ANGELES
Registration No.: 2054-253874
Advanced Attorney Services, Inc.
3500 Fifth Ave., Suite 202
San Diego, CA 92103
(619) 299-2012
www.attorneyservice.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 24, 2015.

Signature: _____
ALFREDO R PAZ

**DECLARATION OF DILIGENCE**   Order#: S97169S1R/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> JAYSON M. LORENZO <br> JAYSON M. LORENZO, ESQ. <br> 2794 GATEWAY ROAD   CARLSBAD, CA 92009 <br> TELEPHONE NO.: (760) 517-6646   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): jmlorenzo.esq@gmail.com <br> ATTORNEY FOR (Name): PLAINTIFF: ROBERT ALEXANDER KASEBERG | SBN: 216973 | FOR COURT USE ONLY |
|---|---|---|

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
   STREET ADDRESS: 333 WEST BROADWAY, SUITE 420
   MAILING ADDRESS:
   CITY AND ZIP CODE: SAN DIEGO, CA 92101
   BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ROBERT ALEXANDER KASEBERG

DEFENDANT/RESPONDENT: CONACO, LLC, ET AL.

CASE NUMBER: 15-CV-1637-JLS-DHB

## DECLARATION OF MAILING

Ref. No. or File No.:

**BY FAX**

I am a citizen of the United States and employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 3500 Fifth Ave., Suite 202, San Diego, CA 92103.

On November 24, 2015, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

CONAN O'BRIEN

1253 AMALFI DR.
PACIFIC PALISADES, CA 90272

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SAN DIEGO, California in the ordinary course of business.

Fee for Service: 223.20

Advanced Attorney Services, Inc.
3500 Fifth Ave., Suite 202
San Diego, CA 92103
(619) 299-2012
WWW.ATTORNEYSERVICE.COM

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 24, 2015.

Signature: _____
KEVIN WEST

## DECLARATION OF MAILING

Order#: S97169S1R/mailproof