PATRICIA L. GLASER – State Bar No. 55668
pglaser@glaserweil.com
ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>    Plaintiff,<br><br>v.<br><br>CONACO, LLC, TURNER BROADCASTING SYSTEM, TIME WARNER, INC., CONAN O'BRIEN, JEFF ROSS, MIKE SWEENEY; DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: 3:15-CV-01637-JLS-DHB<br><br>Hon. David H. Bartick<br><br>**DECLARATION OF NICHOLAS HUSKINS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER** |

**Glaser Weil**

**DECLARATION OF NICHOLAS HUSKINS ISO DEFENDANTS' REPLY ISO DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**

**Glaser Weil**

### <u>DECLARATION OF NICHOLAS HUSKINS</u>

I, NICHOLAS HUSKINS, declare and state as follows:

1.     I am an attorney at law duly licensed to practice before all courts of the State of California and am an Associate of the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorneys of record herein for Defendants Conaco, LLC ("Conaco"); Turner Broadcasting System; Time Warner, Inc.; Conan O'Brien; Jeff Ross; and Mike Sweeney (collectively, "Defendants").  I make this declaration in support of Defendants' Reply in Support of Defendants' Motion for Entry of a Protective Order.  The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.     On June 22, 2016, I was present at the deposition of Mike Sweeney. During the deposition, the parties jointly sought the Court's intervention after Mr. Sweeney objected to Plaintiff's counsel's questions concerning Mr. Sweeney's salary information.  The Court ordered no further questioning on the topic, and informed the parties that the Court was inclined to rule in favor of Defendants on the parties' Joint Motion for Determination of Discovery Dispute, ECF No. 38, citing Plaintiff's failure to establish a nexus between the financial information sought and the alleged infringement.

3.     Attached as **Exhibit 1** are true and correct copies of relevant portions of: (a) Plaintiff's Requests for Production of Documents and Things (Set One) to Defendant Jeff Ross; (b) Plaintiff's Requests for Production of Documents and Things (Set One) to Defendant Time Warner Inc.; (c) Plaintiff's Requests for Production of Documents and Things (Set One) to Defendant Turner Broadcasting System, Inc.; (d) Plaintiff's Requests for Production of Documents and Things (Set Two) to Defendant Mike Sweeney; (e) Plaintiff's Requests for Production of Documents and Things (Set Two) to Defendant Conan O'Brien; (f) Plaintiff's

1  Requests for Production of Documents and Things (Set Two[1]) to Conaco, LLC; (g)

2  Plaintiff's Interrogatories to Defendant Conan O'Brien (Set Two); (h) Plaintiff's

3  Interrogatories to Defendant Jeff Ross (Set Two); (i) Plaintiff's Interrogatories to

4  Defendant Mike Sweeney (Set Two); (j) Plaintiff's Interrogatories to Defendant Time

5  Warner Inc. (Set Two); (k) Plaintiff's Interrogatories to Defendant Turner

6  Broadcasting System, Inc. (Set Two); and (l) Plaintiff's Interrogatories to Defendant

7  Conaco, LLC (Set Three).  All of the discovery requests mentioned herein were

8  served on June 3, 2016.

9       4.    Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Expert

10  Witness Disclosures, served June 24, 2016.

11       I declare under penalty of perjury pursuant to the laws of the State of California

12  that the foregoing facts are true and correct.

13       Executed on June 30, 2016 at Los Angeles, California.

14

15

16

17                    _____

                        NICHOLAS HUSKINS

18

19

20

21

22

23

24

25

26

27  _____

[1] Though titled (Set Two), this is actually the third set of RFPs served on Conaco,

28  LLC.

2

**DECLARATION OF NICHOLAS HUSKINS ISO DEFENDANTS' REPLY ISO DEFENDANTS' MOTION**
**FOR ENTRY OF A PROTECTIVE ORDER**

Glaser Weil

# Exhibit 1

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, <br><br> Plaintiffs, <br><br> vs. <br><br> CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive, <br><br> Defendants. | Case No. 15-CV-01637-JLS-DHB <br><br> **PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT JEFF ROSS (SET ONE)** |

**PROPOUNDING PARTY:**    PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**    DEFENDANT JEFF ROSS

**SET NO.:**    ONE

1 **REQUESTS FOR PRODUCTION**

2 **REQUEST FOR PRODUCTION NO. 1.**

3    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
4 YOUR annual gross revenue, salary or income related to the "CONAN" show in 2015.

5 **REQUEST FOR PRODUCTION NO. 2.**

6    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
7 YOUR annual net profits, salary or income related to the "CONAN" show in 2015.

8 **REQUEST FOR PRODUCTION NO. 3.**

9    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
10 YOUR gross revenues, salary or income related to the "CONAN" show that aired on
11 January 14, 2015.

12 **REQUEST FOR PRODUCTION NO. 4.**

13    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
14 YOUR annual net profits, salary or income related to the "CONAN" show that aired on
15 January 14, 2015.

16 **REQUEST FOR PRODUCTION NO. 5.**

17    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
18 YOUR gross revenues, salary or income related to the "CONAN" show that aired on
19 February 4, 2015.

20 **REQUEST FOR PRODUCTION NO. 6.**

21    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
22 YOUR annual net profits, salary or income related to the "CONAN" show that aired on
23 February 4, 2015.

24 **REQUEST FOR PRODUCTION NO. 7.**

25    ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO
26 YOUR gross revenues, salary or income related to the "CONAN" show that aired on
27 February 17, 2015.

28 **REQUEST FOR PRODUCTION NO. 8.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on February 17, 2015.

**REQUEST FOR PRODUCTION NO. 9.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues, salary or income related to the "CONAN" show that aired on June 9, 2015.

**REQUEST FOR PRODUCTION NO. 10.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016        By: _____/jlorenzo/_____

                     JAYSON M. LORENZO
                     Attorney for PLAINTIFF

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ROBERT ALEXANDER KASEBERG,

Plaintiff,

vs.

CONACO, LLC; TURNER
BROADCASTING SYSTEM; TIME
WARNER, INC.; CONAN O'BRIEN;
JEFF ROSS; MIKE SWEENEY; DOES 1
– 10, inclusive,

Defendants.

Case No. 15-CV-01637-JLS-DHB

**PLAINTIFF'S REQUEST FOR
PRODUCTION OF DOCUMENTS
AND THINGS TO DEFENDANT
TIME WARNER, INC. (SET ONE)**

**PROPOUNDING PARTY:**      PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**      DEFENDANT TIME WARNER INC.

**SET NO.:**      ONE

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual gross revenues related to the "CONAN" show in 2015.

**REQUEST FOR PRODUCTION NO. 2.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show in 2015.

**REQUEST FOR PRODUCTION NO. 3.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues related to the "CONAN" show that aired on January 14, 2015.

**REQUEST FOR PRODUCTION NO. 4.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show that aired on January 14, 2015.

**REQUEST FOR PRODUCTION NO. 5.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues related to the "CONAN" show that aired on February 4, 2015.

**REQUEST FOR PRODUCTION NO. 6.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show that aired on February 4, 2015.

**REQUEST FOR PRODUCTION NO. 7.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues related to the "CONAN" show that aired on February 17, 2015.

**REQUEST FOR PRODUCTION NO. 8.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show that aired on February 17, 2015.

**REQUEST FOR PRODUCTION NO. 9.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues related to the "CONAN" show that aired on June 9, 2015.

**REQUEST FOR PRODUCTION NO. 10.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                By: _____/jlorenzo/_____
                                        JAYSON M. LORENZO
                                        Attorney for PLAINTIFF

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS
TO DEFENDANT TIME WARNER, INC. (SET ONE)

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, ) | Case No. 15-CV-01637-JLS-DHB |
| ) | |
| ) | **PLAINTIFF'S REQUEST FOR** |
| Plaintiff, ) | **PRODUCTION OF DOCUMENTS** |
| ) | **AND THINGS TO DEFENDANT** |
| vs. ) | **TURNER BROADCASTING SYSTEM** |
| ) | **(SET ONE)** |
| ) | |
| CONACO, LLC; TURNER ) | |
| BROADCASTING SYSTEM; TIME ) | |
| WARNER, INC.; CONAN O'BRIEN; ) | |
| JEFF ROSS; MIKE SWEENEY; DOES 1 ) | |
| – 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOUNDING PARTY:**   PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**   DEFENDANT TURNER BROADCASTING

SYSTEM

**SET NO.:**   ONE

1

# REQUESTS FOR PRODUCTION

2 **REQUEST FOR PRODUCTION NO. 1.**

3 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

4 YOUR annual gross revenues related to the "CONAN" show in 2015.

5 **REQUEST FOR PRODUCTION NO. 2.**

6 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

7 YOUR annual net profits related to the "CONAN" show in 2015.

8 **REQUEST FOR PRODUCTION NO. 3.**

9 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

10 YOUR gross revenues related to the "CONAN" show that aired on January 14, 2015.

11 **REQUEST FOR PRODUCTION NO. 4.**

12 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

13 YOUR annual net profits related to the "CONAN" show that aired on January 14, 2015.

14 **REQUEST FOR PRODUCTION NO. 5.**

15 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

16 YOUR gross revenues related to the "CONAN" show that aired on February 4, 2015.

17 **REQUEST FOR PRODUCTION NO. 6.**

18 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

19 YOUR annual net profits related to the "CONAN" show that aired on February 4, 2015.

20 **REQUEST FOR PRODUCTION NO. 7.**

21 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

22 YOUR gross revenues related to the "CONAN" show that aired on February 17, 2015.

23 **REQUEST FOR PRODUCTION NO. 8.**

24 ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

25 YOUR annual net profits related to the "CONAN" show that aired on February 17,

26 2015.

27 **REQUEST FOR PRODUCTION NO. 9.**

28

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues related to the "CONAN" show that aired on June 9, 2015.

**REQUEST FOR PRODUCTION NO. 10.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                                    By: _____/jlorenzo/_____

JAYSON M. LORENZO
Attorney for PLAINTIFF

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, <br><br><br> Plaintiff, <br><br> vs. <br><br><br> CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive, <br><br> Defendants. | Case No. 15-CV-01637-JLS-DHB <br><br> **PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT MIKE SWEENEY (SET TWO)** |

**PROPOUNDING PARTY:**    PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**    DEFENDANT MIKE SWEENEY

**SET NO.:**    TWO

1

**REQUESTS FOR PRODUCTION**

2
**REQUEST FOR PRODUCTION NO. 29.**

3
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

4
YOUR annual gross revenue, salary or income related to the "CONAN" show in 2015.

5
**REQUEST FOR PRODUCTION NO. 30.**

6
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

7
YOUR annual net profits, salary or income related to the "CONAN" show in 2015.

8
**REQUEST FOR PRODUCTION NO. 31.**

9
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

10
YOUR gross revenues, salary or income related to the "CONAN" show that aired on

11
January 14, 2015.

12
**REQUEST FOR PRODUCTION NO. 32.**

13
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

14
YOUR annual net profits, salary or income related to the "CONAN" show that aired on

15
January 14, 2015.

16
**REQUEST FOR PRODUCTION NO. 33.**

17
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

18
YOUR gross revenues, salary or income related to the "CONAN" show that aired on

19
February 4, 2015.

20
**REQUEST FOR PRODUCTION NO. 34.**

21
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

22
YOUR annual net profits, salary or income related to the "CONAN" show that aired on

23
February 4, 2015.

24
**REQUEST FOR PRODUCTION NO. 35.**

25
ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

26
YOUR gross revenues, salary or income related to the "CONAN" show that aired on

27
February 17, 2015.

28
**REQUEST FOR PRODUCTION NO. 36.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on February 17, 2015.

**REQUEST FOR PRODUCTION NO. 37.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues, salary or income related to the "CONAN" show that aired on June 9, 2015.

**REQUEST FOR PRODUCTION NO. 38.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                          By: _____/jlorenzo/_____
                                                              JAYSON M. LORENZO
                                                              Attorney for PLAINTIFF

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, ) | Case No. 15-CV-01637-JLS-DHB |
| ) | |
| ) | **PLAINTIFF'S REQUEST FOR** |
| Plaintiffs, ) | **PRODUCTION OF DOCUMENTS** |
| ) | **AND THINGS TO DEFENDANT** |
| vs. ) | **CONAN O'BRIEN (SET TWO)** |
| ) | |
| ) | |
| CONACO, LLC; TURNER ) | |
| BROADCASTING SYSTEM; TIME ) | |
| WARNER, INC.; CONAN O'BRIEN; ) | |
| JEFF ROSS; MIKE SWEENEY; DOES 1 ) | |
| – 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOUNDING PARTY:**   PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**   DEFENDANT CONAN O'BRIEN

**SET NO.:**   TWO

# REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 28.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual gross revenue, salary or income related to the "CONAN" show in 2015.

**REQUEST FOR PRODUCTION NO. 29.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show in 2015.

**REQUEST FOR PRODUCTION NO. 30.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues, salary or income related to the "CONAN" show that aired on January 14, 2015.

**REQUEST FOR PRODUCTION NO. 31.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on January 14, 2015.

**REQUEST FOR PRODUCTION NO. 32.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues, salary or income related to the "CONAN" show that aired on February 4, 2015.

**REQUEST FOR PRODUCTION NO. 33.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on February 4, 2015.

**REQUEST FOR PRODUCTION NO. 34.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues, salary or income related to the "CONAN" show that aired on February 17, 2015.

**REQUEST FOR PRODUCTION NO. 35.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on February 17, 2015.

**REQUEST FOR PRODUCTION NO. 36.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues, salary or income related to the "CONAN" show that aired on June 9, 2015.

**REQUEST FOR PRODUCTION NO. 37.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits, salary or income related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                    By: _____/jlorenzo/_____
                                            JAYSON M. LORENZO
                                            Attorney for PLAINTIFF

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>   Plaintiff,<br><br> vs.<br><br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive,<br><br>   Defendants. | Case No. 15-CV-01637-JLS-DHB<br><br>**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT CONACO, LLC (SET TWO)** |

**PROPOUNDING PARTY:** PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:** DEFENDANT CONACO, LLC

**SET NO.:** TWO

## REQUESTS FOR PRODUCTION

**DOCUMENT REQUEST NO. 73:**

Please produce all internal COMMUNICATIONS within CONACO, LLC, including any communications between any writer, staff or Defendant in this action, related to JOKE #5.

**DOCUMENT REQUEST NO. 74:**

Please produce all internal COMMUNICATIONS within CONACO, LLC, including any communications between any writer, staff or Defendant in this action, related to JOKE #6.

**DOCUMENT REQUEST NO. 75:**

Please produce all internal COMMUNICATIONS within CONACO, LLC, including any communications between any writer, staff or Defendant in this action, related to JOKE #7.

**DOCUMENT REQUEST NO. 76:**

Please produce all internal COMMUNICATIONS within CONACO, LLC, including any communications between any writer, staff or Defendant in this action, related to JOKE #8.

**REQUEST FOR PRODUCTION NO. 77.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual gross revenues related to the "CONAN" show in 2015.

**REQUEST FOR PRODUCTION NO. 78.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR annual net profits related to the "CONAN" show in 2015.

**REQUEST FOR PRODUCTION NO. 79.**

ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO YOUR gross revenues related to the "CONAN" show that aired on January 14, 2015.

**REQUEST FOR PRODUCTION NO. 80.**

1   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

2   YOUR annual net profits related to the "CONAN" show that aired on January 14, 2015.

3   **REQUEST FOR PRODUCTION NO. 81.**

4   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

5   YOUR gross revenues related to the "CONAN" show that aired on February 4, 2015.

6   **REQUEST FOR PRODUCTION NO. 82.**

7   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

8   YOUR annual net profits related to the "CONAN" show that aired on February 4, 2015.

9   **REQUEST FOR PRODUCTION NO. 83.**

10   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

11   YOUR gross revenues related to the "CONAN" show that aired on February 17, 2015.

12   **REQUEST FOR PRODUCTION NO. 84.**

13   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

14   YOUR annual net profits related to the "CONAN" show that aired on February 17,

15   2015.

16   **REQUEST FOR PRODUCTION NO. 85.**

17   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

18   YOUR gross revenues related to the "CONAN" show that aired on June 9, 2015.

19   **REQUEST FOR PRODUCTION NO. 86.**

20   ANY and ALL DOCUMENTS, tangible things and other items that RELATE TO

21   YOUR annual net profits related to the "CONAN" show that aired on June 9, 2015.

22   **REQUEST FOR PRODUCTION NO. 87.**

23   Any and all emails, from JOSH COMERS regarding any and all jokes MR.

24   COMERS submitted to you for use on the "CONAN" show monologue between

25   November 1, 2015 and June 9, 2015.

26   **REQUEST FOR PRODUCTION NO. 88.**

27

28

1    Any and all emails, from BRIAN KILY regarding any and all jokes MR. KILY

2  submitted to you for use on the "CONAN" show monologue between November 1, 2015

3  and June 9, 2015.

4  **REQUEST FOR PRODUCTION NO. 89.**

5    Any and all emails, from ROB KUTNER regarding any and all jokes MR.

6  KUTNER submitted to you for use on the "CONAN" show monologue between

7  November 1, 2015 and June 9, 2015.

8

9

10  Dated: June 3, 2016                       By: _____/jlorenzo/_____

11                                                 JAYSON M. LORENZO
                                                   Attorney for PLAINTIFF
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS
TO DEFENDANT CONACO, LLC (SET TWO)

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, | Case No. 15-CV-01637-JLS-DHB |
| Plaintiff, | |
| vs. | **PLAINTIFFS INTEROGGATORIES TO DEFENDANT CONAN O'BRIEN ( SET TWO)** |
| CONAN O'BRIEN, | |
| Defendant. | |

**PROPOUNDING PARTY:** PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:** DEFENDANT CONAN O'BRIEN

**SET NO.:** TWO

    PLAINTIFF ROBERT ALEXANDER KASEBERG ("PLAINTIFF") propound the
following Interrogatories on DEFENDANT CONAN O'BRIEN ("DEFENDANT").  PLAINTIFF

1    M.    Whenever used herein, "and" is to be understood to mean "or," and vice versa,

2  whenever such construction results in a broader request for information.

3                                **INTERROGATORIES**

4  **INTERROGATORY NO. 4.**

5       Identify YOUR annual gross revenue, salary or income related to the "CONAN" show in 2015.

6  **INTERROGATORY NO. 5.**

7       Identify YOUR annual net profits, salary or income related to the "CONAN" show in 2015.

8  **INTERROGATORY NO. 6.**

9       Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

10 January 14, 2015.

11 **INTERROGATORY NO. 7.**

12      Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on

13 January 14, 2015.

14 **INTERROGATORY NO. 8.**

15      Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

16 February 4, 2015.

17 **INTERROGATORY NO. 9.**

18      Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on

19 February 4, 2015.

20 **INTERROGATORY NO. 10.**

21      Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

22 February 17, 2015.

23 **INTERROGATORY NO. 11.**

24      Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on

25 February 17, 2015.

26 **INTERROGATORY NO. 12.**

27      Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

28 June 9, 2015.

4

**INTERROGATORY NO. 13.**

Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                    By: _____/jlorenzo/_____
                                            JAYSON M. LORENZO
                                            Attorney for PLAINTIFF

PLAINTIFFS INTEROGGATORIES TO DEFENDANT CONAN O'BRIEN, SET TWO

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT ALEXANDER KASEBERG, | ) | Case No. 15-CV-01637-JLS-DHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFFS INTEROGGATORIES TO** |
| vs. | ) | **DEFENDANT JEFF ROSS (SET TWO)** |
| | ) | |
| JEFF ROSS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**PROPOUNDING PARTY:** PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**   DEFENDANT JEFF ROSS

**SET NO.:**   TWO

    PLAINTIFF ROBERT ALEXANDER KASEBERG ("PLAINTIFF") propound the following Interrogatories on DEFENDANT JEFF ROSS ("DEFENDANT"). PLAINTIFF requests that the responding party respond in writing, and under oath, to the following interrogatories within 30 days of the service of these requests.

## INTERROGATORIES

**INTERROGATORY NO. 4.**

Identify YOUR annual gross revenue, salary or income related to the "CONAN" show in 2015.

**INTERROGATORY NO. 5.**

Identify YOUR annual net profits, salary or income related to the "CONAN" show in 2015.

**INTERROGATORY NO. 6.**

Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on January 14, 2015.

**INTERROGATORY NO. 7.**

Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on January 14, 2015.

**INTERROGATORY NO. 8.**

Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on February 4, 2015.

**INTERROGATORY NO. 9.**

Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on February 4, 2015.

**INTERROGATORY NO. 10.**

Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on February 17, 2015.

**INTERROGATORY NO. 11.**

Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on February 17, 2015.

**INTERROGATORY NO. 12.**

Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on June 9, 2015.

**INTERROGATORY NO. 13.**

4

Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                                 By: _____/jlorenzo/_____
                                                         JAYSON M. LORENZO
                                                         Attorney for PLAINTIFF

PLAINTIFFS INTEROGGATORIES TO DEFENDANT JEFF ROSS, SET TWO

1  Jayson M. Lorenzo, Esq. SBN 216973
   Attorney at Law
2  2794 Gateway Road
   Carlsbad, CA 92009
3  Tel. (760) 517-6646
   Fax (760) 520-7900
4
   Attorney for Plaintiff
5  ROBERT ALEXANDER KASEBERG

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  ROBERT ALEXANDER KASEBERG,          )   Case No. 15-CV-01637-JLS-DHB
                                        )
12                                      )
                                        )
13              Plaintiff,              )
                                        )   **PLAINTIFFS INTEROGGATORIES TO**
14       vs.                            )   **DEFENDANT MIKE SWEENEY  (SET**
                                        )   **TWO)**
15                                      )
                                        )
16  MIKE SWEENEY,                       )
                                        )
17              Defendant.              )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20  _____  )

21

22  **PROPOUNDING PARTY:**  PLAINTIFF ROBERT ALEXANDER KASEBERG

23  **RESPONDING PARTY:**    DEFENDANT MIKE SWEENEY

24  **SET NO.:**                TWO

25

26       PLAINTIFF   ROBERT   ALEXANDER   KASEBERG   ("PLAINTIFF")   propound   the

27  following Interrogatories on DEFENDANT MIKE SWEENEY ("DEFENDANT").   PLAINTIFF

28

1     M.     Whenever used herein, "and" is to be understood to mean "or," and vice versa,

2 whenever such construction results in a broader request for information.

3 **INTERROGATORIES**

4 **INTERROGATORY NO. 4.**

5 Identify YOUR annual gross revenue, salary or income related to the "CONAN" show in 2015.

6 **INTERROGATORY NO. 5.**

7 Identify YOUR annual net profits, salary or income related to the "CONAN" show in 2015.

8 **INTERROGATORY NO. 6.**

9 Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

10 January 14, 2015.

11 **INTERROGATORY NO. 7.**

12 Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on

13 January 14, 2015.

14 **INTERROGATORY NO. 8.**

15 Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

16 February 4, 2015.

17 **INTERROGATORY NO. 9.**

18 Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on

19 February 4, 2015.

20 **INTERROGATORY NO. 10.**

21 Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

22 February 17, 2015.

23 **INTERROGATORY NO. 11.**

24 Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on

25 February 17, 2015.

26 **INTERROGATORY NO. 12.**

27 Identify YOUR gross revenues, salary or income related to the "CONAN" show that aired on

28 June 9, 2015.

4

**INTERROGATORY NO. 13.**

Identify YOUR annual net profits, salary or income related to the "CONAN" show that aired on June 9, 2015.

Dated: June 3, 2016                              By: _____/jlorenzo/_____
                                                 JAYSON M. LORENZO
                                                 Attorney for PLAINTIFF

5

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, | Case No. 15-CV-01637-JLS-DHB |
| Plaintiff, | |
| vs. | **PLAINTIFFS INTEROGGATORIES TO DEFENDANT TIME WARNER, INC. (TWO)** |
| TIME WARNER, INC., | |
| Defendant. | |

**PROPOUNDING PARTY:** PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:** DEFENDANT TIME WARNER, INC.

**SET NO.:** TWO

PLAINTIFF ROBERT ALEXANDER KASEBERG ("PLAINTIFF") propound the following Interrogatories on DEFENDANT TIME WARNER, INC. ("DEFENDANT").

M.     Whenever used herein, "and" is to be understood to mean "or," and vice versa, whenever such construction results in a broader request for information.

## INTERROGATORIES

**INTERROGATORY NO. 4.**

Identify YOUR annual gross revenues related to the "CONAN" show in 2015.

**INTERROGATORY NO. 5.**

Identify YOUR annual net profits related to the "CONAN" show in 2015.

**INTERROGATORY NO. 6.**

Identify YOUR gross revenues related to the "CONAN" show that aired on January 14, 2015.

**INTERROGATORY NO. 7.**

Identify YOUR annual net profits related to the "CONAN" show that aired on January 14, 2015.

**INTERROGATORY NO. 8.**

Identify YOUR gross revenues related to the "CONAN" show that aired on February 4, 2015.

**INTERROGATORY NO. 9.**

Identify YOUR annual net profits related to the "CONAN" show that aired on February 4, 2015.

**INTERROGATORY NO. 10.**

Identify YOUR gross revenues related to the "CONAN" show that aired on February 17, 2015.

**INTERROGATORY NO. 11**

Identify YOUR annual net profits related to the "CONAN" show that aired on February 17, 2015.

**INTERROGATORY NO. 12.**

Identify YOUR gross revenues related to the "CONAN" show that aired on June 9, 2015.

///
/
/
/

4

1  **INTERROGATORY NO. 13.**

2         Identify YOUR annual net profits related to the "CONAN" show that aired on June 9, 2015.

3

4  Dated: June 3, 2016                          By: _____/jlorenzo/_____

5                                                    JAYSON M. LORENZO
                                                    Attorney for PLAINTIFF

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS INTEROGGATORIES TO DEFENDANT TIME WARNER, INC. SET TWO

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, | Case No. 15-CV-01637-JLS-DHB |
| Plaintiff, | |
| vs. | **PLAINTIFFS INTEROGGATORIES TO DEFENDANT TURNER BROADCASTING SYSTYEM (SET TWO)** |
| TURNER BROADCASTING SYSTEM, | |
| Defendant. | |

**PROPOUNDING PARTY:** PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:** DEFENDANT TURNER BROADCASTING SYSTEM

**SET NO.:** TWO

PLAINTIFF ROBERT ALEXANDER KASEBERG ("PLAINTIFF") propound the following Interrogatories on DEFENDANT TURNER BROADCASTING SYSTEM

1

M.     Whenever used herein, "and" is to be understood to mean "or," and vice versa, whenever such construction results in a broader request for information.

## INTERROGATORIES

**INTERROGATORY NO. 4.**

Identify YOUR annual gross revenues related to the "CONAN" show in 2015.

**INTERROGATORY NO. 5.**

Identify YOUR annual net profits related to the "CONAN" show in 2015.

**INTERROGATORY NO. 6.**

Identify YOUR gross revenues related to the "CONAN" show that aired on January 14, 2015.

**INTERROGATORY NO. 7.**

Identify YOUR annual net profits related to the "CONAN" show that aired on January 14, 2015.

**INTERROGATORY NO. 8.**

Identify YOUR gross revenues related to the "CONAN" show that aired on February 4, 2015.

**INTERROGATORY NO. 9.**

Identify YOUR annual net profits related to the "CONAN" show that aired on February 4, 2015.

**INTERROGATORY NO. 10.**

Identify YOUR gross revenues related to the "CONAN" show that aired on February 17, 2015.

**INTERROGATORY NO. 11**

Identify YOUR annual net profits related to the "CONAN" show that aired on February 17, 2015.

**INTERROGATORY NO. 12.**

Identify YOUR gross revenues related to the "CONAN" show that aired on June 9, 2015.

**INTERROGATORY NO. 13.**

Identify YOUR annual net profits related to the "CONAN" show that aired on June 9, 2015.

PLAINTIFFS INTEROGGATORIES TO DEFENDANT TURNER BROADCASTING SYSTEM, SET TWO

1   Dated: June 3, 2016                          By: _____/jlorenzo/_____
2                                                     JAYSON M. LORENZO
                                                      Attorney for PLAINTIFF
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS INTEROGGATORIES TO DEFENDANT TURNER BROADCASTING SYSTEM, SET TWO

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG, | Case No. 15-CV-01637-JLS-DHB |
| Plaintiff, | **PLAINTIFF'S INTEROGGATORIES TO DEFENDANT CONACO, LLC (SET THREE)** |
| vs. | |
| CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive, | |
| Defendant. | |

**PROPOUNDING PARTY:**   PLAINTIFF ROBERT ALEXANDER KASEBERG

**RESPONDING PARTY:**   DEFENDANT CONACO, LLC

**SET NO.:**   THREE

**INTERROGATORY NO. 33:**

Please IDENTIFY YOUR annual gross revenues in 2015 related to the "CONAN" show.

**INTERROGATORY NO. 34:**

Please IDENTIFY YOUR annual net profits in 2015 related to the "CONAN" show.

Dated: June 3, 2016                          By: _____/jlorenzo/_____
                                             JAYSON M. LORENZO
                                             Attorney for PLAINTIFF

PLAINTIFF'S INTEROGGATORIES TO DEFENDANT CONACO, LLC (SET THREE)

# Exhibit 2

Jayson M. Lorenzo, Esq. SBN 216973
Attorney at Law
2794 Gateway Road
Carlsbad, CA 92009
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,  ) | Case No. 15-CV-01637-JLS-DHB |
| ) | |
| )  | |
| Plaintiff,  ) | **PLAINTIFF'S EXPERT WITNESS** |
| )  | **DISCLOSURE** |
| vs.  ) | |
| )  | |
| )  | |
| CONACO, LLC; TURNER  ) | |
| BROADCASTING SYSTEM; TIME  ) | |
| WARNER, INC.; CONAN O'BRIEN;  ) | |
| JEFF ROSS; MIKE SWEENEY; DOES 1  ) | |
| – 10, inclusive,  ) | |
| )  | |
| Defendants.  ) | |

Plaintiff, ROBERT ALEXANDER KASEBERG, by and through his counsel, Jayson M. Lorenzo, hereby submits this Expert Witness Disclosure per the Court's Scheduling Order (Docket No. 29) and state as follows:

Each of the experts disclosed herein are expected to testify as to their expected areas of expertise with subject matter of one not redundant to the other.  Plaintiff designate the following retained expert witnesses to testify on his behalf:

1.      Elayne Boosler, 11061 Wrightwood Lane, Studio City, CA 91604 213-509-1606. $500.00 an hour for deposition and trial testimony.

2.      John H. Reith, MBA, CPA, CFF, CVA, CMA, CIA, 924 South Oakland Avenue, Pasadena, California 91106-3727 626-440-1820.  $330.00 an hour for deposition and trial testimony.

3.      David Barksy, Ph.D. CSU San Marcos, 333 S. Twin Oaks Valley San Marcos, CA 92096 760-750-3064.  $275.00 an hour for deposition and trial testimony.

4.      Patrick Eckstrom, My SMN Digital Marketing Services; 1501 India Street, Ste 103-230, San Diego, CA 92101. $375.00 an hour for deposition and trial testimony.

**Retained Expert Witness No. 1: Elayne Boosler**

Ms. Boosler is a professional comedy writer.

As discovery is still ongoing and depending on evidence and facts presented at trial, Ms. Boosler is expected to offer her expertise in comedic writing related to but not limited to the following:

a.      Access to the jokes at issue;

b.      The proliferation of joke stealing in the industry;

c.      Similarity of the jokes at issue;

d.      Customs, practices and standards in the comedy industry;

**Retained Expert Witness No. 2: Mr. John Reith**

Mr. Reith is a CPA.

As discovery is still ongoing and depending on evidence and facts presented at trial, Mr. Reith is expected to offer his expertise in relate to profits and revenues related to use of the infringing material including but not limited to the following:

a.     Revenue of the Defendants attributed to use of the infringing material related to a segment or portion of a television show and the basis and methodology for his calculation;

b.     Revenue of Defendants attributed to use of the infringing material related to a segment or portion of a television show in multiple broadcastings and the basis and methodology for his calculation;

d.     Revenue of Defendants attributed to use of the infringing material related to a segment or portion of a television show in syndicated broadcasting and the basis and methodology for his calculation;

e.     Profits of Defendants attributed to use of the infringing material related to a segment or portion of a television show and the basis and methodology for his calculation;

f.     Profits of Defendants attributed to use of the infringing material related to a segment or portion of a television show in multiple broadcastings and the basis and methodology for his calculation;

g.     Profits of Defendants attributed to use of the infringing material related to a segment or portion of a television show in syndicated broadcasting;

**Retained Expert Witness No. 3: David Barsky:**

Mr. Barksy has a Ph.D. in Mathematics.

As discovery is still ongoing and depending on evidence and facts presented at trial, Mr. Barksy is expected to offer his expertise related to math and probability analysis including but not limited to the following:

a.     A probabilistic analysis of the same jokes of Plaintiff appearing on the "Conan" show and the basis and methodology for his analysis.

**Retained Expert Witness No. 4: Patrick Ekstrom:**

Mr. Eckstrom has extensive knowledge, training and experience in marketing. Specifically, Mr. Eckstrom focuses on social media and internet marketing.

As discovery is still ongoing and depending on evidence and facts presented at trial, Mr. Eckstrom is expected to offer his expertise related to social media including but not limited to the following:

a.     Navigation and utility of Twitter.com, including but not limited to the navigation and utility of "following", "followers", "likes", and "lists";

b.     Access of information on Twitter.com including but not limited to access as it relates to "following", "followers", "likes", and "lists";

c.     Navigation and utility of blogs;

d.     Access of information of blogs.

Plaintiff reserves the right to rely on the testimony of any of the Defendants' expert witnesses.

**NON-RETAINED WITNESSES**

While the percipient witnesses involved in the action are not offered by Plaintiff at this time as "expert witnesses," in an exercise of caution and to avoid the possibility of later preclusion of their testimony, to the extent that those involved in action and/or other aspects of the claim may be argued to have a specialized skill, experience, training, knowledge, etc., Plaintiff anticipates that the following persons may also provide testimony concerning the similarity of the jokes, access to jokes, the customs and practices related to the comedy industry, revenue or profits of Defendants attributed to use of the infringing material related to a segment or portion of a television show, navigation, utility, access to social media such as twitter, blogs and or the internet. These witnesses include:

a.     Conan O'Brien

b.     Mike Sweeney

c.     Jeff Ross

d.     Brian Kiley

e.     Rob Kutner

f.     Josh Comers

g.      Alex Kaseberg

h.      Person Most Knowledgable of Conaco, LLC related to financial information

i.      Person Most Knowledgable of Time Warner, Inc. related to financial information

j.      Person Most Knowledgable of Turner Broadcasting System related to financial information

Plaintiff reserves the right to amend and supplement this expert witness disclosure at a later date.


Dated: June 24, 2016                    By: ___/s/ jayson m. lorenzo
                                              JAYSON M. LORENZO
                                              Attorney for PLAINTIFF