Jayson M. Lorenzo, Esq. SBN 216973
Ryan J. Altomare, Esq. SBN 306581
J. Lorenzo Law
2292 Faraday Ave., Ste. 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax (760) 520-7900

Attorney for Plaintiff
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>Plaintiff,<br><br>vs.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 15-CV-01637-JLS-DHB<br><br>Hon. Janis L. Sammartino<br><br>**PLAINTIFF ROBERT ALEXANDER KASEBERG'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' FRAUD ON THE COPYRIGHT OFFICE AND UNCLEAN HANDS AFFIRMATIVE DEFENSES**<br><br>DATE:  July 26, 2018<br>TIME:  1:30 p.m.<br>COURTROOM:  4D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 26, 2018, at 1:30 p.m. in Courtroom 4D of this Court, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Robert Alexander Kaseberg ("Plaintiff") will move for judgment on the pleadings and/or partial summary judgment as to Defendants' affirmative defenses of Fraud on the Copyright Office and Unclean Hands. Plaintiff's motion is based on Rules 12c and 56a of the Federal Rules of Civil Procedure, and on the grounds that even if all of the material facts alleged in Defendants' affirmative defenses are true, Plaintiff is entitled to judgment as a matter of law or alternatively there is no genuine dispute of material fact related to the affirmative defenses and Plaintiff is entitled to judgment as a matter of law.

This motion will be based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the supporting Declaration of Jayson M. Lorenzo and supporting exhibits, the Request for Judicial Notice, the Separate Statement of Material Facts, all pleadings and files on paper in this action, and any additional matter or argument that this Court may consider at the hearing of this motion.

Respectfully submitted,

Date: May 9, 2018                    By:____/s/ Jayson M. Lorenzo_____
                                          JAYSON M. LORENZO
                                          Attorney for Plaintiff
                                          ROBERT ALEXANDER KASEBERG