# CERTIFICATE OF SERVICE

## KASEBERG v. CONACO, LLC, ET AL.

## 15-CV-01637-JLS-DHB

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing documents on May 9, 2018 via the Court's CM/ECF system per Section 2.d.3 of the Southern District of California's Electronic Case filing Administrative Policies and Procedure Manual.

PLAINTIFF ROBERT ALEXANDER KASEBERG'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' FRAUD ON THE COPYRIGHT OFFICE AND UNCLEAN HANDS AFFIRMATIVE DEFENSES;

PLAINTIFF ROBERT ALEXANDER KASEBERG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGEMENT;

PLAINTIFF ROBERT ALEXANDER KASEBERG'S SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT;

DECLARATION OF JAYSON M. LORENZO IN SUPPORT OF PLAINTIFF ROBERT ALEXANDER KASEBERG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSES OF FRAUD ON THE COPYRIGHT OFFICE AND UNCLEAN HANDS;

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF ROBERT ALEXANDER KASEBERG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSES OF FRAUD ON THE COPYRIGHT OFFICE AND UNCLEAN HANDS

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Carlsbad, California, on **May 9, 2018**

                                             /s/ *Jayson M. Lorenzo*_____
                                              Jayson. M. Lorenzo