1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>                                    Plaintiff,<br><br>v.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1–10, inclusive,<br><br>                                    Defendants. | Case No.: 15-CV-1637 JLS (MSB)<br><br>**PRETRIAL AND TRIAL SCHEDULING ORDER**<br><br>(ECF No. 176) |

Presently before the Court is the Parties' Joint Proposed Schedule of Pre-Trial Dates ("Stip.," ECF No. 176), filed pursuant to the Court's November 15, 2018 Order.  *See* ECF No. 173 at 18.  Pursuant to the stipulation of the Parties, the Court **HEREBY SETS** the following pre-trial and trial dates:

| **Event** | **Date** |
|---|---|
| Filing, service, and exchange of memoranda of contentions of fact and law, exhibit lists, witness lists, and all other pretrial disclosures per Civ. L.R. 16.1(f)(2) and Fed. R. Civ. P. 26(a)(3) | January 24, 2019 at 5:00 p.m. |
| Meeting of counsel and exchange of exhibits per Civ. L.R. 16.1(f)(4) | January 31, 2019 |

1

| | |
|---|---|
| Plaintiff's exchange of proposed pretrial order per Civ. L.R. 16.1(f)(6)(a) | February 7, 2019 |
| Lodging of pretrial order per Civ. L.R. 16.1(f)(6)(b), including objections to any other party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures | February 14, 2019 |
| Final Pre-Trial Conference | February 21, 2019 at 1:30 p.m. |
| Hearing on Motions *in Limine* and Jury Instructions | March 21, 2019 at 1:30 p.m. |
| Jury Trial begins | May 28, 2019 at 9:00 a.m.[1] |

**IT IS SO ORDERED.**

Dated:  December 4, 2018

Hon. Janis L. Sammartino
United States District Judge

---

[1] Because Defendants' anticipated witnesses will be unavailable in April and early May 2019, they requested that a trial date be set the weeks of May 20 or 27, 2019. *See* Stip. at 1. Plaintiff's counsel requests that trial be set in April 2019, and is unavailable the weeks of May 6, 13, or 20, 2019. *See id.* at 1–2. It therefore appears that the first week that works for all counsel is the week of May 27, 2019, although the Court will be closed that Monday for Memorial Day. *See* Court Holiday Schedule: 2019 Holiday Schedule, https://www.casd.uscourts.gov/Court%20Info/SitePages/Holidays.aspx (last accessed Nov. 30, 2018). ***The Court will impose time limits, to be discussed at the final pre-trial conference.***

15-CV-1637 JLS (MSB)