PATRICIA L. GLASER - State Bar No. 55668
  pglaser@glaserweil.com
THOMAS P. BURKE JR. - State Bar No. 288261
  tburke@glaserweil.com
JUSTIN P. THIELE - State Bar No. 311787
  jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT ALEXANDER KASEBERG, | CASE NO. 15-CV-01637-JLS-DHB |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1-50, inclusive, | **SUPPLEMENTAL NOTICE OF PARTIES WITH FINANCIAL INTEREST BY DEFENDANTS TURNER BROADCASTING SYSTEM, INC. AND WARNER MEDIA, LLC** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1(b)(2) and CivLR 40.2, Defendants Turner Broadcasting System, Inc. and Warner Media, LLC, successor-in-interest to Time Warner Inc., hereby supplement their Notice of Parties With Financial Interest (Dkt. No. 12) as follows:

Time Warner Inc.'s successor-in-interest is Warner Media, LLC, a direct wholly-owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of Turner Broadcasting System, Inc. and Warner Media, LLC's knowledge, no publicly held company owns ten percent or more of AT&T Inc.'s stock.

DATED:  February 1, 2019

GLASER WEIL FINK
    HOWARD AVCHEN & SHAPIRO LLP

By: */s/ Thomas P. Burke Jr.*
    PATRICIA L. GLASER
    THOMAS P. BURKE JR.
    JUSTIN P. THIELE
    *Attorneys for Defendants*