PATRICIA L. GLASER – State Bar No. 55668
pglaser@glaserweil.com
THOMAS P. BURKE JR. – State Bar No. 288261
tburke@glaserweil.com
JUSTIN P. THIELE – State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT ALEXANDER KASEBERG, | CASE NO.: 15-CV-01637-JLS-DHB |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **FIRST AMENDMENT TO DEFENDANTS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW** |
| CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1-50, inclusive, | TRIAL DATE: May 28, 2019<br>PRETRIAL CONFERENCE DATE: Feb. 21, 2019<br>TIME: 1:30 p.m.<br>COURTROOM:   4D |
| Defendants. | |

Pursuant to Local Rule 16.1(f), Defendants Conaco, LLC; Turner Broadcasting System, Inc.; Warner Media, LLC, successor-in-interest to Time Warner Inc.; Conan O'Brien; Jeff Ross; and Mike Sweeney (collectively "Defendants") respectfully submit the following amendment to their Memorandum of Contentions of Fact and Law (Dkt. 179) in advance of the pretrial conference scheduled on February 21, 2019, and the jury trial scheduled to begin on May 28, 2019.

Defendants amend and correct paragraph 2 of their Memorandum as follows:

2.  Defendant Conaco, LLC ("Conaco") is the television production company that produces *Conan*. Defendant Turner Broadcasting System, Inc. ("Turner") owns and operates the network TBS. Defendant Warner Media, LLC successor-in-interest to Time Warner Inc. ("Warner Media") is a parent company to Turner and, a direct wholly-owned subsidiary of AT&T, Inc., a publicly traded company.

Defendants amend and correct paragraph 125 of their Memorandum as follows:

125.  Kaseberg will be unable to prove that Warner Media (successor-in-interest to Time Warner Inc.) or TBS are the cause of the alleged infringement. *See* Ninth Circuit Model Civil Jury Instructions, 17.5 (2017) (*citing Perfect 10, Inc. v. Giganews, Inc.*, 847 F.3d 657, 666 (9th Cir. 2017) ("where it is clear that infringement has occurred, courts must determine 'who is close enough to the [infringing] event to be considered the most important cause'" (citation omitted))).

| | | |
|---|---|---|
| 1 | DATED: February 1, 2019 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Thomas P. Burke Jr. |
| | | PATRICIA L. GLASER |
| 5 | | THOMAS P. BURKE JR. |
| | | JUSTIN P. THIELE |
| 6 | | *Attorneys for Defendants* |