Jayson M. Lorenzo (SBN 216973)
Ryan J. Altomare (SBN 306581)
J. LORENZO LAW
2292 Faraday Ave., Ste. 100
Carlsbad, CA 92008
Telephone: (760) 560-2515
Facsimile: (877) 520-7900

Attorneys for Plaintiffs
ROBERT ALEXANDER KASEBERG

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>Plaintiff,<br><br>vs.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: 15cv01637JLSDHB<br><br>**PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE SELECTED EXHIBITS NON ELECTRONICALLY IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 2**<br><br>Date:   April 11, 2019<br>Time:   1:30 PM<br>Place:   4D<br>**Judge: Hon. Janis L. Sammartino** |

Plaintiff Robert Alexander Kaseberg previously applied, Under Section 2.k of the ECF Administrative Policies and Procedures of this Court for an order permitting the non-electronic filing of four exhibits in Support of Plaintiff Robert Alexander Kaseberg's Plaintiff's Motion in Limine No 2.  This Court granted Plaintiff's motion on March 8, 2019, with respect to Exhibit 4, 9, 19 and 29. (ECF 204)

Plaintiff inadvertently omitted Exhibit 36, which was a video of Facebook like and dislike buttons by Defendant.

Plaintiff seeks amended leave to file non-electronically the following additional exhibit attached to the Declaration of Jayson M. Lorenzo in Support of Motion in Limine 2:

Exhibit 36 - Video of Facebook like and dislike buttons joke received from Defendant

The aforementioned exhibits consists of a large physical media video files that are  too large and impractical to file electronically.

Respectfully Submitted.

Date: March 11, 2019         /S/ *JAYSON M. LORENZO*
                              JAYSON M. LORENZO
                              RYAN J. ALTOMARE
                              Attorneys for Plaintiff

PLAINTIFFS' MOTION FOR AMENDED LEAVE TO FILE SELECTED EXHIBITS NON-ELECTRONICALLY  IN SUPPORT OF PLAINTIFF'S MOTION IN  LIMINE NO. 2