UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>    Plaintiff,<br><br>v.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1–10, inclusive,<br><br>    Defendants. | Case No.: 15-CV-1637 JLS (MSB)<br><br>**ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE SELECTED EXHIBITS NON-ELECTRONICALLY**<br><br>(ECF Nos. 204, 205) |

Presently before the Court is Plaintiff Robert Alexander Kaseberg's Amended Motion for Leave to File Selected Exhibits Non-Electronically in Support of Plaintiff's Motion in Limine No. 2 (ECF No. 205). The Court previously granted Plaintiff leave to file several video files non-electronically. *See* ECF No. 204. In his prior motions, "Plaintiff inadvertently omitted Exhibit 36, which was a video of Facebook like and dislike buttons by Defendant," which is also "a large physical media video file[] that [is] too large and impractical to file electronically." ECF No. 205 at 2.

///

///

///

1    Good cause appearing, the Court **GRANTS** the Motion (ECF No. 205).  Plaintiff
2  **SHALL LODGE** a digital versatile disc ("DVD") containing Exhibit 36 and **SHALL**
3  **PROVIDE** a courtesy copy of the DVD to the Court.
4    **IT IS SO ORDERED.**

6  Dated:  March 13, 2019

         *Janis L. Sammartino*
         Hon. Janis L. Sammartino
         United States District Judge