Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
Ryan J. Altomare, Esq., SBN 306581
ryan@jlorenzolaw.com
J. Lorenzo Law
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax (760) 520-7900

Attorneys for Plaintiff


PATRICIA L. GLASER – State Bar No. 55668
pglaser@glaserweil.com
THOMAS P. BURKE JR. – State Bar No. 288261
tburke@glaserweil.com
JUSTIN P. THIELE – State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>Plaintiff,<br><br>vs.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive,<br><br>Defendants.<br>_____ | Case No. 15-CV-01637-JLS-DHB<br><br><br><br>**JOINT PROPOSED VOIR DIRE QUESTIONS**<br><br>**Judge: Hon. Janis L. Sammartino**<br><br>**Trial: May 28, 2019** |

1

The parties jointly submit the following proposed questions to be asked of the jury pool by the Court during jury selection:

## I. JOINT PROPOSED QUESTIONS

1. Would any of you hold someone who is famous to a different standard from anyone else? How about someone who is wealthy? How about someone who does not work a regular, "9-to-5" job?

2. Do any of you believe that a corporation should be treated differently in the eyes of the law? How and why?

3. Could you be fair and impartial to a party that is not able to attend trial every day? Would you hold a party's inability to attend against them, or vice versa?

4. Are you familiar with the internet and social media generally? Are you familiar with Twitter? Are you familiar with the blogging platform "Blogger"? Would you feel comfortable deciding a case involving this technology? Would you keep an open mind and be willing to learn how these technologies work?

5. Has anyone ever been a comedian or comedy writer? Are you close to anyone who is a comedian or comedy writer?

6. Do any of you have any belief or feeling toward comedians that might be regarded as a bias or prejudice for or against them?

| | |
|---|---|
| DATED: March 28, 2019 | J. LORENZO LAW |

By: /s/ *Jayson M. Lorenzo*
    JAYSON M. LORENZO
    Attorney for Plaintiff

| | |
|---|---|
| DATED: March 28, 2019 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |

By: /s/ *Thomas P. Burke Jr.*
    PATRICIA L. GLASER
    THOMAS P. BURKE JR.
    JUSTIN P. THIELE
    Attorneys for Defendants