Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
Ryan J. Altomare, Esq., SBN 306581
ryan@jlorenzolaw.com
J. Lorenzo Law
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax (760) 520-7900

Attorneys for Plaintiff


PATRICIA L. GLASER – State Bar No. 55668
pglaser@glaserweil.com
THOMAS P. BURKE JR. – State Bar No. 288261
tburke@glaserweil.com
JUSTIN P. THIELE – State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>      Plaintiff,<br><br>   vs.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive,<br><br>      Defendants. | Case No. 15-CV-01637-JLS-DHB<br><br><br><br>**JOINT WITNESS LIST**<br><br>**Judge: Hon. Janis L. Sammartino**<br>**Trial: May 28, 2019** |

## I. JOINT WITNESS LIST

### A. Robert Alexander Kaseberg

Mr. Kaseberg is a professional freelance writer and the Plaintiff. He resides in San Diego County.

### B. Conan O'Brien

Mr. O'Brien is a comedian and late-night talk show host, currently of *Conan*, which airs on TBS, and formerly of *Late Night* and *The Tonight Show* on NBC. *Conan* is produced by Defendant Conaco, LLC. Mr. O'Brien lives in the Los Angeles area and is a named Defendant in this lawsuit.

### C. Michael Sweeney

Mr. Sweeney was the head writer of *Conan* at all times relevant to this lawsuit and supervised separate teams of monologue and sketch comedy writers. He has worked with Mr. O'Brien for 24 years. He lives in the Los Angeles area and is a named Defendant in this lawsuit.

### D. Jeffrey Ross

Mr. Ross was the executive producer of *Conan* at all times relevant to this lawsuit and he continues to hold that position today. He has worked with Mr. O'Brien for 26 years. He lives in the Los Angeles area and is a named Defendant in this lawsuit.

### F. Josh Comers

Mr. Comers was a monologue writer on the *Conan* show at all times relevant to this lawsuit. He lives in New Jersey.

### G. Brian Kiley

Mr. Kiley is a monologue writer on the *Conan* show and was a monologue writer at the times relevant to this lawsuit. He has worked with Mr. O'Brien for 25 years. He lives in the Los Angeles area.

### H. Stephen Robinson Kutner

Mr. Kutner, who goes by Rob Kutner, was a monologue writer on the *Conan* show at all times relevant to this lawsuit. He lives in the Los Angeles area.

**I.     David Wolkis**

Mr. Wolkis is the Senior Vice President of Production at Turner. He has worked for Defendant Turner for over 18 years. He works at Turner's location in Burbank, California.

**J.     Ayesha Kardar**

Ms. Kardar is a Certified Public Accountant and is the Senior Director of Financial Analysis at Turner. She has worked for Defendant Turner for over 10 years. She works at Turner's location in Burbank, California.

**K.     David J. Barsky, Ph.D.**

Dr. Barsksy is a Professor of Mathematics at California State University San Marcos, with a research specialty in percolation theory, a branch of probability theory..

**L.     John H. Reith, MBA, CPA, CFF, CVA, CGMA, CIACPA**

Mr. Reith is a Certified Public Accountant and who lives and works in the Los Angeles area.

**M.     Jeffrey Kinrich**

Mr. Kinrich is a Certified Public Accountant and statistician. He lives and works in Los Angeles is a managing principal of Analysis Group, an economics consulting firm.

**II.     Witnesses the Parties Reserve the Right to Call**

**A.     Elayne Boosler**

Ms. Boosler is a professional comedian who resides in the Los Angeles area..

**B.     Danielle Weisberg**

Ms. Weisberg was a writer's assistant at the *Conan* show at all times relevant to this lawsuit.

**C.     Christopher Hayes**

Mr. Hayes is the IT Director for Conaco, LLC.

**D.     John Bugolski**

3
JOINT WITNESS LIST
1610463.1

Mr. Bugolski was the Head of Research for Conaco, LLC at all times relevant to this lawsuit.

### E. Andy Richter

Mr. Richter works on the Conan show as an announcer on the *Conan* Show.

### F. Patton Oswalt

Mr. Oswalt is a professional comedian, comedy writer, and actor.

### G. Laurie Kilmartin

Ms. Kilmartin was the fourth monologue writer employed by *Conan* at the times relevant to this lawsuit.

### H. Melanie Boysaw

Ms. Boysaw is a television writer who lives and works in Los Angeles. At the times relevant to this lawsuit, she worked as a writers' coordinator at *Conan*.

The Parties reserve the right to call any witness who may be needed to authenticate documents in the event that one party refuses to stipulate to their authenticity.

1610463.1

| | | |
|---|---|---|
| DATED: March 28, 2019 | | J. LORENZO LAW |

By: /s/ *Jayson M. Lorenzo*
    JAYSON M. LORENZO
    Attorney for Plaintiff

DATED: March 28, 2019    GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By:  /s/ *Thomas P. Burke Jr.*
    PATRICIA L. GLASER
    THOMAS P. BURKE JR.
    JUSTIN P. THIELE
    Attorneys for Defendants