Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
Ryan J. Altomare, Esq., SBN 306581
ryan@jlorenzolaw.com
J. Lorenzo Law
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax (760) 520-7900

Attorneys for Plaintiff

PATRICIA L. GLASER – State Bar No. 55668
pglaser@glaserweil.com
THOMAS P. BURKE JR. – State Bar No. 288261
tburke@glaserweil.com
JUSTIN P. THIELE – State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALEXANDER KASEBERG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No.  15-CV-01637-JLS-DHB<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Plaintiff ROBERT ALEXANDER KASEBERG and Defendants CONACO, LLC, TURNER BROADCASTING SYSTEM, TIME WARNER, INC., CONAN O'BRIEN, JEFF ROSS and MIKE SWEENEY (collectively, the "parties"), by their respective undersigned counsel of records, respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing a stipulation of dismissal. The parties intend to file the stipulation of dismissal as soon as practicable, but respectfully request that the parties are given 45 days to file the said dismissal. Additionally, the parties respectfully request that the Court vacate the current scheduling order (ECF No. 176), including all trial-related dates.

Dated:  May 9, 2019                        J. LORENZO LAW

By: */s/ Ryan J. Altomare*
Jayson M. Lorenzo
Ryan J. Altomare
Attorneys for Plaintiff

Dated:  May 9, 2019                        GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: */s/ Thomas P. Burke*
PATRICIA L. GLASER
THOMAS P. BURKE JR.
JUSTIN P. THIELE
Attorneys for Defendants

/ / /

/ / /

/ / /

JOINT NOTICE OF SETTLEMENT

I certify that the content of the document is acceptable to all persons required to sign the document by obtaining either physical signatures or authorization for the electronic signatures of all parties on the document.

Dated: May 9, 2019

                                        J. LORENZO LAW

                                        By: */s/ Ryan J. Altomare*
                                              Ryan J. Altomare
                                              Attorney for Plaintiff