1
Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
2
Ryan J. Altomare, Esq., SBN 306581
ryan@jlorenzolaw.com
3
J. Lorenzo Law
2292 Faraday Avenue, Suite 100
4
Carlsbad, CA 92008
Tel. (760) 560-2515
5
Fax (760) 520-7900

6
Attorneys for Plaintiff

7
PATRICIA L. GLASER – State Bar No. 55668
pglaser@glaserweil.com
8
THOMAS P. BURKE JR. – State Bar No. 288261
tburke@glaserweil.com
9
JUSTIN P. THIELE – State Bar No. 311787
jthiele@glaserweil.com
10
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
11
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
12
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920
13
Attorneys for Defendants
14

15
UNITED STATES DISTRICT COURT
16
SOUTHERN DISTRICT OF CALIFORNIA
17

18
ROBERT ALEXANDER KASEBERG,

19
          Plaintiff,

20
     vs.

21
CONACO, LLC; TURNER BROADCASTING SYSTEM; TIME WARNER, INC.; CONAN O'BRIEN; JEFF ROSS; MIKE SWEENEY; DOES 1 – 10, inclusive,
22

23

24
          Defendants.

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  15-CV-01637-JLS-DHB

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER DISMISSING ACTION**

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
Plaintiff ROBERT ALEXANDER KASEBERG and Defendants CONACO, LLC,
TURNER BROADCASTING SYSTEM, TIME WARNER, INC., CONAN
O'BRIEN, JEFF ROSS and MIKE SWEENEY (collectively, the "parties"), by their
respective undersigned counsel of records, having reached a settlement and entered
into a written Settlement Agreement (the "Agreement"), hereby jointly stipulate and
agree that the above-entitled action be discontinued and that Plaintiff's Complaint be
dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),
with each party to bear its own attorney's fees and costs.


Dated:  May 23, 2019                     J. LORENZO LAW


                                    By:  _/s/ Ryan J. Altomare_____
                                         Jayson M. Lorenzo
                                          Ryan J. Altomare
                                         Attorneys for Plaintiff


Dated:  May 23, 2019                     GLASER WEIL FINK HOWARD AVCHEN
                                         & SHAPIRO LLP


                                    By:  _/s/ Thomas P. Burke_____
                                         PATRICIA L. GLASER
                                         THOMAS P. BURKE JR.
                                         JUSTIN P. THIELE
                                         Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

/ / /

1    I certify that the content of the document is acceptable to all persons required

2 to sign the document by obtaining either physical signatures or authorization for the

3 electronic signatures of all parties on the document.

4

  Dated: May 23, 2019

5

6                                            J. LORENZO LAW

7                                            By: */s/ Ryan J. Altomare*

8                                                 Ryan J. Altomare
                                                  Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL